

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Hucul, a Father and a Parent with joint custody of his child and those similarly like him<br><br>　　　　　　　　　　　　　　**Plaintiff,**<br><br>V.<br><br>San Diego County Department of Child Support Services (DCSS) ; Alicia Griffin Director of DCSS, as an individual and in her official capacity; The County of San Diego　　　　　　　　**Defendant.** | Civil Action No.　17cv1531-JLS-DHB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant County of San Diego's Motion to Dismiss, grants Defendant Alisha Griffin's Motion to Dismiss, and dismisses with prejudice Plaintiff's Complaint.

Date:　　3/5/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

M. Lozano, Deputy